In the Matter of the Application of, the PUBLIC SERVICE COMMISSION FOR THE FIRST DISTRICT OF THE STATE OF NEW YORK, etc., Relative to Acquiring Certain Lots, etc., at the Foot of Montague street, in the Borough of Brooklyn, City of New York, Required for the Purposes of the Con-

struction, Maintenance and Operation of a Rapid Transit Railroad Known as the Whitehall Street-East River-Montague Street Route. NEW YORK DOCK COMPANY, Appellant; THE CITY OF NEW YORK and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ., concurred.